# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| International Watchman, Inc. | ) | CASE NO. 1:13-CV-1986 PAG |
| | ) | |
| Plaintiff, | ) | DISTRICT JUDGE GAUGHN |
| v. | ) | MAGISTRATE JUDGE WHITE |
| | ) | |
| The NATO Strap Co., *et al.*, | ) | |
| | ) | |
| Defendants/Counterclaimants | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ronald E. Sabo, Jr. | ) | |
| Counterclaim-Defendant | ) | |

**STIPULATED PARTIAL DISMISSAL WITH PREJUDICE**

International Watchman, Inc., through its attorneys, hereby stipulates to the dismissal with prejudice of this action against Defendant Crown and Buckle LLC pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own costs and attorneys fees. Defendant Crown and Buckle LLC, through its attorneys, hereby stipulates to the dismissal with prejudice of its counterclaim in this action against International Watchman, Inc. and Ronald Sabo pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own costs and attorneys fees.

Dated: February 20, 2015

| | |
|---|---|
| By: /David A. Welling/_____ | By: /Joseph W. Bain/_____ |
| David A. Welling | Joseph W. Bain (admitted *pro hac vice*) |
| davidw@choken-welling.com | Florida Bar No. 860360 |
| C. Vincent Choken | NOVAK DRUCE CONNOLLY BOVE + |
| vincec@choken-welling.com | QUIGG LLP |
| Choken Welling LLP | 525 Okeechobee Blvd |
| 3020 West Market Street | Fifteenth Floor |
| Akron, Ohio 44333 | West Palm Beach, FL 33401 |
| Phone: (330) 865-4949 | Telephone: 561-847-7800 |
| Fax: (330) 865-3777 | Email: joseph.bain@novakdruce.com |
| | |
| *Attorneys for International Watchman* | *Attorneys for Crown and Buckle LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20, 2015, the foregoing document was electronically filed with the Clerk of the Court via CM/ECF and was also served upon all counsel of record or pro se parties identified on the attached Service List via first class mail.

/Joseph W. Bain/
Joseph W. Bain

## SERVICE LIST

*International Watchman, Inc. v. The NATO Strap Co., et al., v. Ronald E. Sabo, Jr.*
Case No.: 1:13-CV-1986 PAG
United States District Court, Northern District of Ohio

David A. Welling
davidw@choken-welling.com
C. Vincent Choken
vincec@choken-welling.com
Choken Welling LLP
3020 West Market Street
Akron, Ohio 44333
Phone: (330) 865-4949
Fax: (330) 865-3777

Robert M. Ward
3455 Peachtree Road NE
Floor 5
Atlanta, GA 30326
Telephone: (404) 606-6480
Facsimile: (203) 220-8497
rward@dilworthip.com