IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| International Watchman, Inc. | Case Number: 13-cv-1986-PAG |
| Plaintiff | Judge Gaughn |
| v. | Magistrate White |
| The NATO Strap Co., *et al*. | **Notice of Appearance of Counsel for Defendant Worn and Wound** |
| Defendants/Counterclaimants | |
| v. | |
| Ronald E. Sabo, Jr. | |
| Counterclaim-Defendant | |

Now comes Brian D. Flick, Esq. of Mills Mills Fiely and Lucas who hereby enters his appearance as Counsel for Defendant Worn & Wound.  Counsel respectfully requests that all pleadings and notices be served to Counsel at the address listed below.

        Respectfully Submitted,

        /s/Brian D. Flick, Esq.
        Brian D. Flick, Esq. #0081605
        Counsel for Defendants
        Mills Mills Fiely and Lucas
        632 Vine St., Suite 305
        Cincinnati, OH 45202
        (513) 718-7176 phone
        (855) 764-3543 fax
        bflick@mmfllaw.com

**Certificate of Service**

I certify that a copy of the foregoing Notice of Appearance was served upon all parties via electronic means as required by Local Rule on this 8th day of April, 2015.

/s/Brian D. Flick, Esq.<br>Counsel for Defendant